443 F.2d 72
 Joel DORRIS, Plaintiff-Appellee,
v.
Donald McCORMICK, Defendant-Appellant.
 No. 30705.
 United States Court of Appeals, Fifth Circuit.
 June 8, 1971.
 
 H. O. Pemberton, Tallahassee, Fla., for defendant-appellant.
 Roy T. Rhodes, Tallahassee, Fla., for plaintiff-appellee.
 Appeal from the United States District Court for the Northern District of Florida; David L. Middlebrooks, District Judge.
 Before GODBOLD, SIMPSON and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966